UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-306-BO(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| JULIO NOYOLA-CAMPOS ) | |

The Grand Jury charges:

On or about July 27, 2018, in the Eastern District of North Carolina, the defendant, JULIO NOYOLA-CAMPOS, an alien, was found in the United States after having previously been excluded, deported, and removed from the United States on November 10, 2006, at Laredo, Texas, and again on August 15, 2013, at Laredo, Texas, and not having obtained the express consent of the Attorney General, or his successor, to reapply for admission thereto.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

1

ALLEGATION OF PRIOR CONVICTIONS

For purposes of Title 8, United States Code, Section 1326(b)(2), the defendant, JULIO NOYOLA-CAMPOS, was excluded, deported, and removed from the United States on November 5, ~~2016~~ 10, 2006 AJW SK 8/7/18, at Laredo, Texas, and again on August 15, 2013, at Laredo, Texas, after having been convicted of illegal and unlawful alien in possession of a firearm, an aggravated felony, on or about June 21, 2006, in the United States District Court for the Middle District of North Carolina, and illegal reentry by a previously deported alien, an aggravated felony, on or about March 23, 2010, in the United States District Court for the Eastern District of North Carolina.

A TRUE BILL

_____
FOREPERSON



REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

8/7/18
DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2